DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Telephone:  (916) 498-5700

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR S-08-364-LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Order Continuing Status Hearing and Excluding Time |
| BALTAZAR VASQUEZ, | ) | |
| Defendant | ) | |

On September 3, 2008, the parties appeared with counsel at a status conference.  Because Mr. Vasquez's counsel had just received 416 pages of discovery, he asked for additional time to review this material and discuss it with Mr. Vasquez.  Pursuant to the request of both counsel, the status conference was continued until Tuesday, September 23, 2008, at 9:15 a.m.

IT IS HEREBY ORDERED that the ends of justice are best served by excluding the time period between September 3, 2008, and September 23, 2008, under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)&(B)(iv) and Local Code T4, to permit the defense reasonable time for effective preparation.

Dated:  September 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT