McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-364-LKK |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v. ) | EXCLUDING TIME |
| ) | |
| BALTAZAR VASQUEZ, ) | |
| ) | |
| Defendant. ) | Hon. Lawrence K. Karlton |

The parties request that the status conference currently set for September 30, 2008, be continued to November 4, 2008 at 9:15 a.m., and stipulate that the time beginning September 30, 2008, and extending through November 4, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  In particular, counsel for the defendant needs time to review the discovery in this case, discuss that discovery with

his client, consider evidence that may affect the disposition of this case, and discuss with his client how to proceed.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: October 1, 2008         By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated: October 1, 2008         By:/s/ Carl Larson
                                    CARL LARSON
                                    Attorney for defendant
                                    Baltazar Vasquez

**ORDER**

The status conference in case number CR. S-08-364-LKK, currently set for September 30, 2008, is continued to November, 2008, and the time beginning September 30, 2008, and extending through November 4, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.


Dated: October 2, 2008

                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT