```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-08-364-WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING STATUS CONFERENCE, |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BALTAZAR VASQUEZ | |
| Defendant. | |

The United States of America, through its counsels of record, Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Baltazar Vasquez, through his counsel of record, Clarence Emmett Mahle, hereby stipulate and agree that the status conference set for March 23, 2009, be continued to March 30, 2009 at 8:30 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 30, 2009 at 8:30 a.m. for the status conference.

///

///

1

1  Accordingly, the parties stipulate that time be excluded pursuant to
 2  18 U.S.C. § 3161(h)(8)(A) and Local Code T4 - additional time to
 3  prepare.
 4  IT IS SO STIPULATED.
                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

    Dated: March 11, 2009        By:    /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


    DATED: March 11, 2009        By:    /s/ Clarence Emmett Mahle
                                         CLARENCE EMMETT MAHLE
                                         Attorney for Defendant
                                         BALTAZAR VASQUEZ

    _____
                                  **ORDER**

        UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
    hereby ordered that this matter be set for further status conference
    as set forth above.

        The Court finds excludable time as set forth above to and
    including March 30, 2009.

        **IT IS SO ORDERED.**

    DATED:   March 11, 2009

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE