C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0364-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER |
| BALTAZAR VASQUEZ, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for further Status Conference on Monday, March 30, 2009, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. I have contacted counsel for the United States, AUSA Michael Beckwith, and he has agreed, subject to the court's approval, to continue this matter until Monday, April 27, 2009, at 8:30 a.m.

We are requesting the additional time for further discussion, and consideration of a plea agreement. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for March 30, 2009, at 8:30 a.m. in the courtroom of the Honorable William B. Shubb to April 27, 2009, at 8:30 a.m. They further stipulate to the exclusion of time through that date pursuant to Local Code T-2, as the above continuance is necessary for preparation of counsel.

DATED:   3/26/09                   /s/ C. Emmett Mahle
                                   C. EMMETT MAHLE
                                   Attorney for Defendant
                                   BALTAZAR VASQUEZ

DATED:   3/26/09                   /s/ Michael Beckwith
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney

- 1 -

(~~PROPOSED~~) ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for March 30, 2009, is hereby continued to April 27, 2009, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. Time is excluded through that date pursuant to Local Code T-2 for preparation of counsel.

DATED: March 27, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE