C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0364-WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER |
| BALTAZAR VASQUEZ, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for further Status Conference on Monday, April 27, 2009, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. I have contacted counsel for the United States, AUSA Michael Beckwith, and he has agreed, subject to the court's approval, to continue this matter until Monday, June 8, 2009, at 8:30 a.m.

We are requesting the additional time for further discussion, and consideration of a plea agreement. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for April 27, 2009, at 8:30 a.m. in the courtroom of the Honorable William B. Shubb to June 8, 2009, at 8:30 a.m. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:   4/24/09            /s/ C. Emmett Mahle
                            C. EMMETT MAHLE
                            Attorney for Defendant
                            BALTAZAR VASQUEZ

DATED:   4/24/09            /s/ Michael Beckwith
                            MICHAEL BECKWITH
                            Assistant U.S. Attorney

- 1 -

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for April 27, 2009, is hereby continued to June 8, 2009, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE