C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0364-WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER |
| BALTAZAR VASQUEZ, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for a Motion Hearing on Monday, November 9, 2009, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. I have contacted counsel for the United States, AUSA Michael Beckwith, and we have agreed, subject to the court's approval, to augment the briefing schedule and reset the Motion Hearing from November 9, 2009 to November 23, 2009, at 8:30 a.m.

I have taken substantial steps to conclude preparing a motion for filing with the court on this case including meeting with Mr. Beckwith. We have determined that it is necessary to augment the briefing schedule established on September 28, 2009. Not only does the proposed motion require the further investigation and case research than can be accomplished in the original time frame, there has also been significant movement toward possible resolution.

Therefore, Mr. Beckwith and I have agreed to propose the following augmented briefing schedule:

1) Motion to be filed no later than 10/23/2009
2) Government's opposition to be filed no later than 11/10/2009
3) Defendant's reply to be filed no later than 11/17/2009

4) Motion Hearing set for 11/23/2009.

The parties have further stipulated that the time period from the date of the last status conference, September 28, 2009, through and including the date of the new Motion Hearing on November 23, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

DATED:   10/13/09            /s/ C. Emmett Mahle
C. EMMETT MAHLE
Attorney for Defendant
BALTAZAR VASQUEZ

DATED:   10/13/09            /s/ Michael Beckwith
MICHAEL BECKWITH
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Briefing Schedule is hereby augmented and continued to comport with the following schedule:

1) Motion to be filed no later than October 23, 2009
2) Government's opposition to be filed no later than November 10, 2009
3) Defendant's reply to be filed no later than November 17, 2009
4) Motion Hearing set for November 23, 2009, at 8:30 a.m. in the courtroom of the Honorable William B. Shubb

Time is excluded through that date pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) for preparation of counsel.

DATED: October 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -