C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0364-WBS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND (PROPOSED) ORDER FOR SUPPLEMENTAL BRIEFING SCHEDULE |
| BALTAZAR VASQUEZ, | Date: January 25, 2010 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: William B. Shubb |

STIPULATION

At the Status Conference on November 23, 2009, the court requested additional information regarding the proposed Franks hearing. Insofar as Assistant U.S. Attorney Michael M. Beckwith has elected not to pursue a motion regarding collateral matters, it appears that a supplemental briefing schedule will be necessary to address the court's request for more information.

I have contacted counsel for the United States, AUSA Michael Beckwith, and we have agreed, subject to the court's approval, to augment the establish the following supplemental briefing schedule and set the Motion Hearing for January 25, 2010, at 8:30 a.m.: A supplemental brief will be filed by defense counsel no later than December 14, 2009; the Government will file its Opposition no later than January 11, 2010; and the defense will file its reply brief no later than January 18, 2010.

On January 25, 2010, we will be arguing the merits of the motion to suppress the search warrant without testimony taken from witnesses. If, at that time, the court orders a Franks or other evidentiary hearing, AUSA Beckwith has requested that it be set four weeks after January 25, 2009, in order to allow him time to arrange for the necessary witnesses to be present.

- 1 -

The parties have further stipulated that the time period from the date of the last status conference, November 23, 2009, through and including the date of the new Motion Hearing on January 25, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: 11/25/09                            /s/ C. Emmett Mahle
                                           C. EMMETT MAHLE
                                           Attorney for Defendant
                                           BALTAZAR VASQUEZ


DATED: 11/25/09                            /s/ Michael Beckwith
                                           MICHAEL BECKWITH
                                           Assistant U.S. Attorney


## ORDER

The above proposal is unacceptable. As noted in the first paragraph, the court requested additional information regarding the proposed <u>Franks</u> hearing. That means the court wants to know what witnesses defendant proposes to call and the nature of their proposed testimony. The court wants that information before hearing arguments on the merits of the motion. Therefore, on or before December 14, 2009, counsel for defendant shall file a list of all witnesses defendant proposes to call in support of defendant's motion to suppress evidence, along with a summary of the anticipated testimony of each witness and a brief in support of the motion. On or before January 11, 2010, the government shall file a list of any additional witnesses it intends to call in opposition to the motion, along with a summary of each witness' testimony and a brief in opposition to the motion. Defendant may file a reply brief on or before January 18, 2010. On or before January 18, 2010, counsel for each side shall submit an estimate of how long it is anticipated the hearing will take. Counsel for each side shall make the necessary arrangements for the attendance of the witnesses it wishes to call. Unless modified

///

///

1  by further order of this court, the motion to suppress, including the testimony of all witnesses,
2  will be heard on January 25, 2010.
3        IT IS SO ORDERED.
4  DATED:  November 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE