C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR.S-08-0364-WBS |
| Plaintiff, | |
| vs. | STIPULATION AND (~~PROPOSED~~) ORDER |
| BALTAZAR VASQUEZ, | |
| Defendant. | |

STIPULATION

This matter is currently scheduled for further Status Conference on February 22, 2010, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb. I have contacted counsel for the United States, AUSA Michael Beckwith, and he has agreed, subject to the court's approval, to continue this matter until March 8, 2010, at 8:30 a.m.

We are requesting the additional time for further discussion, and consideration of a plea agreement. All parties hereby agree and stipulate to a continuance of the Status Conference that was scheduled for February 22, 2010, at 8:30 a.m. in the courtroom of the Honorable William B. Shubb to March 8, 2010, at 8:30 a.m. They further stipulate to the exclusion of time through that date pursuant to 18 U.S.C §3161(h)(7)(A) and Local Code T-4, as the above continuance is necessary for preparation of counsel.

DATED:    2/19/10                         /s/ C. Emmett Mahle
                                          C. EMMETT MAHLE
                                          Attorney for Defendant
                                          BALTAZAR VASQUEZ


DATED:    2/19/10                          /s/ Michael Beckwith
                                          MICHAEL BECKWITH
                                          Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, the Status Conference that was scheduled for February 22, 2010, is hereby continued to March 8, 2010, at 8:30 a.m., in the courtroom of the Honorable William B. Shubb.   Time is excluded through that date pursuant to 18 U.S.C §3161(h)(7)(A) and Local Code T-4 for preparation of counsel.

Dated:  February 19, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE