BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | CR. S-08-364-WBS |
| Plaintiff,          ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | CONTINUING STATUS CONFERENCE AND |
| v.         ) | EXCLUDING TIME |
| ) | |
| BALTAZAR VASQUEZ,         ) | |
| ) | |
| Defendant.          ) | Hon. William B. Shubb |
| _____) | |

The parties request that the status conference currently set for March 8, 2010, be continued to April 5, 2010, and stipulate that the time beginning March 8, 2010, and extending through April 5, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The parties are working on a resolution, and counsel needs additional time for preparation.  Therefore, the parties have agreed and

1

respectfully request that the Court set the date of April 5, 2010, for the status conference.

IT IS SO STIPULATED.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: March 4, 2010                By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

Dated: March 4, 2010                By: /s/ Emmett Mahle
                                        EMMETT MAHLE
                                        Attorney for defendant
                                        Baltazar Vasquez

**ORDER**

The status conference in case number CR. S-08-364-WBS, currently set for March 8, 2010, is continued to April 5, 2010, and the time beginning March 8, 2010, and extending through April 5, 2010, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: March 4, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE