MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-364 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE THE STATUS |
| | ) | CONFERENCE |
| BALTAZAR VASQUEZ, | ) | |
| | ) | Date: 5-3-10 |
| Defendant. | ) | Time: 8:30 a.m. |
| ===============================) | | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for BALTAZAR VASQUEZ, that the status conference date of April 5, 2010, should be continued until May 3, 2010.  The continuance is necessary as defense counsel Long just took over the case this week from prior counsel Emmett Mahle, and Mr. Long must read the file, confer with Mr. Beckwith and meet with Mr. Vasquez to be prepared to discuss the status of the case with the court.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of May 3, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  April 2, 2010                              Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Mr. Vasquez

-1-

Dated:  April 2, 2010

           BENJAMIN WAGNER
           United States Attorney

           /s/ Michael Beckwith____
           MICHAEL BECKWITH
           Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-S-08-364 WBS
               Plaintiff,    )
                                                ) ORDER
  v.                                  )
                                                ) Date:  5-3-10
BALTAZAR VASQUEZ,                   ) Time:  8:30 a.m.
                                                ) Judge: Hon. William B. Shubb
               Defendant.    )
===============================)

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for April 5, 2010, at 8:30 a.m. be continued to May 3, 2010, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

The period of time from the signing of this Order up to and including the new status conference date of May 3, 2010, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  April 6, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-