MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-364 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER TO CONTINUE THE STATUS |
| | ) CONFERENCE |
| BALTAZAR VASQUEZ, | ) |
| | ) Date: 6-21-10 |
| Defendant. | ) Time: 8:30 a.m. |
| ==============================) | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for BALTAZAR VASQUEZ, that the status conference date of June 7, 2010, should be continued until June 21, 2010.  The continuance is necessary as defense counsel Long recently took over the case from prior counsel C. Emmett Mahle, and Mr. Long must continue to read the file, view/listen to more than 20 DVDs and CDs, confer with Mr. Beckwith and meet with Mr. Vasquez (with an interpreter) to be prepared to discuss the status of the case with the court.  Moreover, as the court will not be available on June 7, 2010, and Mr. Long will be in trial in Sacramento County Superior Court on June 14, 2010, June 21, 2010 is the earliest available date for all parties.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of June 21, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  May 27, 2010                    Respectfully submitted,

                                        /s/ Michael D. Long_____
                                        MICHAEL D. LONG
                                        Attorney for Mr. Vasquez

Dated:  May 27, 2010

                                        BENJAMIN WAGNER
                                        United States Attorney

                                        /s/ Michael Beckwith____
                                        MICHAEL BECKWITH
                                        Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-364 WBS |
| Plaintiff, | ) |
| | ) (Proposed) ORDER |
| v. | ) |
| | ) Date:  6-21-10 |
| BALTAZAR VASQUEZ, | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

============================)

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for June 7, 2010, at 8:30 a.m. be continued to June 21, 2010, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

The period of time from the signing of this Order up to and including the new status conference date of June 21, 2010, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: June 1, 2010


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

–3–