MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-08-364 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE THE STATUS |
| | ) CONFERENCE |
| BALTAZAR VASQUEZ, | ) |
| | ) Date: 8-9-10 |
| Defendant. | ) Time: 8:30 a.m. |
| ================================) | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for BALTAZAR VASQUEZ, that the status conference date of June 21, 2010, should be continued until August 9, 2010.  The continuance is necessary as defense counsel Long recently took over the case from prior counsel C. Emmett Mahle, and Mr. Long must continue to read the file, view/listen to more than 20 DVDs and CDs, confer and negotiate with Mr. Beckwith and meet several more times with Mr. Vasquez (with an interpreter) to be prepared to discuss the status of the case with the court.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 9, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

///

///

-1-

| | |
|---|---|
| Dated:  June 17, 2010 | Respectfully submitted, |
| | /s/ Michael D. Long_____ |
| | MICHAEL D. LONG |
| | Attorney for Mr. Vasquez |
| Dated:  June 17, 2010 | |
| | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ Michael Beckwith____ |
| | MICHAEL BECKWITH |
| | Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-364 WBS |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | Date:  8-9-10 |
| BALTAZAR VASQUEZ, | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| ==============================) | | |

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for June 21, 2010, at 8:30 a.m. be continued to August 9, 2010, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

The period of time from the signing of this Order up to and including the new status conference date of June 21, 2010, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: June 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-