MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for BALTAZAR VASQUEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-08-364 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO CONTINUE THE STATUS |
| | ) | CONFERENCE |
| BALTAZAR VASQUEZ, | ) | |
| | ) | Date: 12-13-10 |
| Defendant. | ) | Time: 8:30 a.m. |
| ==============================) | | Judge: Hon. William B. Shubb |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Beckwith and Michael Long, attorney for BALTAZAR VASQUEZ, that the status conference date of October 12, 2010, should be continued until December 13, 2010.

Mr. Long has finished reading the discovery he received from prior defense counsel as well as the transcripts from the suppression hearing.  However, after reading and viewing the discovery and comparing the specific items of evidence listed in the agents' reports to the items of evidence in Mr. Long's actual possession, it appears Mr. Long is missing many items.  It is unknown if the missing items were never discovered to counsel or if the items were lost in the transfers among the three successive attorneys who previously represented Mr. Vasquez.  To remedy this problem, (1) Mr. Beckwith is providing Mr. Long a brand new complete set of the discovery in the Hubert Mario Ramirez case and the Baltazar Ramirez case and (2) Mr. Beckwith, Mr. Long and the case agent will all meet at the BNE evidence locker to view all of the seized evidence.  Only then will we be

-1-

certain as to what does, or does not, need to be discovered.  We will travel to the BNE evidence locker on October 18 or 25, 2010.

      Mr. Long will then review whatever evidence that is new to him.

      IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of December 13, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  October 7, 2010                      Respectfully submitted,

                                           /s/ Michael D. Long_____  
                                           MICHAEL D. LONG  
                                           Attorney for Mr. Vasquez

Dated:  October 7, 2010

                                           BENJAMIN WAGNER  
                                           United States Attorney

                                           /s/ Michael Beckwith____  
                                           MICHAEL BECKWITH  
                                           Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. CR-S-08-364 WBS
                Plaintiff,    )
                                ) ORDER
     v.    )
                                ) Date:  12-13-10
BALTAZAR VASQUEZ,    ) Time: 8:30 a.m.
                                ) Judge: Hon. William B. Shubb
                Defendant.    )
================================)

      UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for October 12, 2010, at 8:30 a.m. be continued to December 13, 2010, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

      The period of time from the signing of this Order up to and including the new status conference date of December 13, 2010, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: October 8, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-