1  MICHAEL D. LONG  (CA State Bar #149475)
2  901 H Street, Suite 301
   Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4
5  Attorney for BALTAZAR VASQUEZ

6             IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,    ) No. CR-S-08-364 WBS
                  Plaintiff,        )
9                                   ) STIPULATION AND [PROPOSED]
        v.                          ) ORDER TO CONTINUE THE STATUS
10                                  ) CONFERENCE
   BALTAZAR VASQUEZ,                )
11                                  ) Date: 1-18-2011
                  Defendant.        ) Time: 8:30 a.m.
12 ===============================) Judge: Hon. William B. Shubb

13        It is hereby stipulated between the parties, Assistant United States Attorney Michael
14
   Beckwith and Michael Long, attorney for BALTAZAR VASQUEZ, that the status conference date
15
16 of December 13, 2010, should be continued until January 18, 2011.

17        Mr. Long has finished reading the discovery he received from prior defense counsel as well
18
   as the transcripts from the suppression hearing.  However, after reading and viewing the discovery
19
   and comparing the specific items of evidence listed in the agents' reports to the items of evidence in
20
21 Mr. Long's actual possession, it became clear that Mr. Long was missing many items.  Each of the
22
   missing items was provided to Mr. Long in November, 2010.
23
          Mr. Long is in the process of reviewing them with Mr. Vasquez.  Mr. Long is presently in a
24
25 homicide trial in Dept. 10 of the Sacramento County Superior Court.  The trial is scheduled to be
26
   completed during the first week of January, 2011.  On January 18, 2011, the parties anticipate a trial
27
   date will be selected for Mr. Vasquez.
28

-1-

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of January 18, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated:  December 3, 2010                                  Respectfully submitted,

/s/ Michael D. Long_____
MICHAEL D. LONG
Attorney for Mr. Vasquez

Dated:  December 3, 2010

BENJAMIN WAGNER
United States Attorney

/s/ Michael Beckwith____
MICHAEL BECKWITH
Assistant U.S. Attorney

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4
                IN THE UNITED STATES DISTRICT COURT
5              FOR THE EASTERN DISTRICT OF CALIFORNIA
6
   THE UNITED STATES OF AMERICA,    ) No. CR-S-08-364 WBS
7              Plaintiff,           )
                                    ) ORDER
8       v.                          )
                                    ) Date:  1-18-11
9  BALTAZAR VASQUEZ,                ) Time:  8:30 a.m.
                                    ) Judge: Hon. William B. Shubb
10             Defendant.            )
11 ===============================)

12      UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the status conference presently set for December 13, 2010, at 8:30 a.m. be continued to January 18, 2011, at 8:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

     The period of time from the signing of this Order up to and including the new status conference date of January 18, 2011, is excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

Dated: December 6, 2010

                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE

-3-